UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SAMUAL HADEGE MENGIS,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, DIRECTOR, SAN ANTONIO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA BONDI, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE; AND WARDEN OF THE ERO EL PASO EAST MONTANA,<br><br>*Respondents*. | No. 3:26-CV-00370-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Samual Hadege Mengis's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 19, 2026.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 3.